# ATTACHMENT 1

## COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

DOC NO
RFC'D/FILED
2019 MAY 13 AM 11:41
PETER OPPE
CLERK US DIST
WD OF WI

(Full name of plaintiff(s))

Carell Cossey

vs

(Full name of defendant(s))

*I think*
Donald Trump

Case Number:
19 CV 381 WMC

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __WI__ and resides at
    (State)
    __7345 Timber Lake Trl #102__
    (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant _____
(Name)

is (if a person or private corporation) a citizen of __D.C._____
(State, if known)

and (if a person) resides at __White House_____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __USA_____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

- Hacked all communications: phone, email, doorbell, US Postal Service
- Is having me impersonated by several people who look, sound + act very much like me
- Is threatening everyone to not help me, to poison me (restaurants, medical providers) + sicken, lawyers, Bar Association, Govt., Police, has neighbors + employees
- has broken into my car + home many times
- has tried to use impersonators, IRS, other gov. agencies to falsely accuse me and frame me for crimes I did not commit

Attachment One (Complaint) - 2

has stolen my intellectual property (Songs, writings?) Is illegally collecting my royalties, using my image, licensing my content (CDBaby, Spotify, YouTube, etc...)
- has attempted to have me killed many times over many years through poisoning, sickening, car tampering, etc... (see FBI)
- and more
- Threatens employers so I can not work. (CapTel, Surya Cafe, VomFuss on University, Girl's Rock Camp, WEAP, Dean Health Plan - SSM Health).

C.     JURISDICTION

☒   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want him incarcerated
I want my money plus damages for grave + protracted personal suffering + slander

E.    JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
               OR
☐ Court Trial – I want a judge to hear my case

Dated this __13__ day of __May__ 20__19__.

Respectfully Submitted,

_____
Signature of Plaintiff

__608-347-3236__
Plaintiff's Telephone Number

__cavellcassey@yahoo.com__
Plaintiff's Email Address

__7345 Timber Lake Trl #102__

__Madison, WI 53719__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

[Handwritten margin note: all communications hacked and impersonated. recommend taking my fingerprint + meeting in person. I give permission to leave information with Attorney Clooney on my behalf]

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.