IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARELL CASSEY,

    Plaintiff,

v.

                              Case No. 19-cv-381-wmc

DONALD TRUMP,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | July 7, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |